# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☐ Under Seal

**Judge Assigned:** Hon. Anthony J. Trenga

City:  
Superseding Indictment:  
**Criminal No.** 1:24-CR-223

County: Alexandria  
Same Defendant:  
New Defendant: X

Magistrate Judge Case No.:  
Arraignment Date:

Search Warrant Case No.:  
R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** James Marshall Cesena  
**Alias(es):**  
☐ Juvenile  FBI No.:

**Address:** Mooresville, NC

**Employment:**

**Birth Date:** xx/xx/1985  **SSN:** xxx-xx-2325  **Sex:** Male  **Race:** White  **Nationality:** American

**Place of Birth:** North Carolina  **Height:** 5'9"  **Weight:** 175  **Hair:** Brown  **Eyes:** Brown  **Scars/Tattoos:**

☐ Interpreter  **Language/Dialect:**  **Auto Description:**

## Location/Status:

**Arrest Date:**  ☐ Already in Federal Custody as of:  in:

☐ Already in State Custody  ☐ On Pretrial Release  ☒ Not in Custody

☐ Arrest Warrant Requested  ☐ Fugitive  ☐ Summons Requested

☐ Arrest Warrant Pending  ☐ Detention Sought  ☐ Bond

## Defense Counsel Information:

**Name:** Sebastian Norton, Esq.  ☐ Court Appointed  **Counsel Conflicts:**

**Address:**  ☒ Retained

**Phone:**  ☐ Public Defender  ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Jack A. Morgan  **Phone:** (703) 299-3700  **Bar No.**

**Complainant Agency - Address & Phone No. or Person & Title:**

Federal Bureau of Investigation, 601 4th Street N.W., Washington, DC 20535

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 1343 | Wire Fraud | 1 | Felony |
| Set 2: | | | | |

**Date:** October 9, 2024  **AUSA Signature:** /s/ Jack A. Morgan

*may be continued on reverse*